UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CYNTHIA FLETCHER                                                            PLAINTIFF

V.                              NO. 3:17-CV-00223-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                              DEFENDANT

## ORDER

The Commissioner's Motion to Withdraw Motion for Stay[1] and to Extend Time (*Doc. 13*) is GRANTED. The Commissioner's brief is due no later than **February 2, 2018**.

DATED this 23rd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] (*Doc. 12.*)